```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 10003
   NESTOR M LORAN JR
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8673

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/16/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC   7526.00         867.28         1592.82
DRIVE FINANCIAL SERVICES UNSECURED       1263.55            .00             .00
ILLINOIS DEPT OF EMPLOYM UNSECURED       7752.00            .00             .00
FIRST PREMIER            UNSECURED      NOT FILED           .00             .00
ACTIVE COLL              UNSECURED      NOT FILED           .00             .00
ARONSON FURNITURE        UNSECURED        583.18            .00             .00
BALLYS TOTAL FITNESS     UNSECURED       1219.83            .00             .00
CAPITAL ONE              UNSECURED      NOT FILED           .00             .00
CAPITAL ONE              UNSECURED      NOT FILED           .00             .00
CBUSASEARS               UNSECURED      NOT FILED           .00             .00
AFFIRMATIVE INSURANCE    UNSECURED      NOT FILED           .00             .00
COMCAST CABLE            UNSECURED      NOT FILED           .00             .00
FIRST PREIMER BANK       UNSECURED      NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR  UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL            UNSECURED        284.53            .00             .00
OUR WEEKENDS             UNSECURED      NOT FILED           .00             .00
PREMIUM ASSET RECOVERY C UNSECURED        633.75            .00             .00
MACNEAL HOSPITAL         UNSECURED      NOT FILED           .00             .00
MACNEAL HOSPITAL         UNSECURED      NOT FILED           .00             .00
MACNEAL HOSPITAL         UNSECURED      NOT FILED           .00             .00
MACNEAL HOSPITAL         UNSECURED      NOT FILED           .00             .00
MACNEAL HOSPITAL         UNSECURED      NOT FILED           .00             .00
SEVENTH AVENUE           UNSECURED        741.27            .00             .00
ROUNDUP FUNDING LLC      UNSECURED        734.35            .00             .00
SURETY FINANCIAL SERVICE UNSECURED      NOT FILED           .00             .00
UNITED COLLECTIONS       UNSECURED        321.00            .00             .00
US EMPLOYEES CU          UNSECURED       2045.36            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED        344.03            .00             .00
ARONSON FURNITURE        SECURED          219.00          14.37          210.88
MONROE & MAIN            UNSECURED        288.75            .00             .00
CITY OF CHICAGO PARKING  UNSECURED       1360.00            .00             .00
MARIA DELOURDES          NOTICE ONLY   NOT FILED           .00             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 10003 NESTOR M LORAN JR
```

```
STATE OF ILLINOIS UNEMPL PRIORITY       NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY          416.08              .00              .00
ILLINOIS DEPT OF REVENUE UNSECURED          41.10              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,864.00                         2,395.79
TOM VAUGHN               TRUSTEE                                            356.11
DEBTOR REFUND            REFUND                                                 .00

          Summary of Receipts and Disbursements:
     ---------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
     ---------------------------------------------------------------------------
TRUSTEE                    5,437.25

PRIORITY                                                 .00
SECURED                                            1,803.70
    INTEREST                                         881.65
UNSECURED                                                .00
ADMINISTRATIVE                                     2,395.79
TRUSTEE COMPENSATION                                 356.11
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                     5,437.25                5,437.25
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/05/09                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE